278

Felix Centracchio, Appellant, v. Charles Hill, Appellee.

Gen. No. 41,189.

opinion filed June 26, 1940. Coghlan & Coghlan, for appellant; John P. Coghlan, of counsel; John D. Vosnos, for appellee. Opinion by JUSTICE JOHN J. SULLIVAN. "Not to be published in full."

Fred A. Haase, Conservator, and Fred A. Haase, Individually, Appellee, v. Anna L. Haase et al., Defendants.

Appeal of Anna L. Haase, Appellant.

Gen. No. 41,262.

opinion filed June 26, 1940. Maurice Lavine and David J. A. Hayes, for appellant; Daniel A. Wolf, for appellee. Opinion by JUSTICE JOHN J. SULLIVAN. "Not to be published in full."